# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-cr-00139-LEW |
| RODRIGUE MUCYO | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of a Firearm by a Prohibited Person)

On about January 17, 2025, in the District of Maine, defendant,

**RODRIGUE MUCYO**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Sig Sauer P365 bearing serial number NRA070480, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **RODRIGUE MUCYO,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, any firearms and ammunition involved in or used in the knowing commission of the offenses including, but not limited to, a Sig Sauer P365 bearing serial number NRA070480.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

Dated: September 17, 2025

A TRUE BILL,

_____
Assistant United States Attorney

Date: 9/17/2025

_____
FOREPERSON

Signature Redacted – Original on file with the Clerk's Office